Storms v. Murphy, 183 Ill. App. 179.

## Abstract of the Decision.

PRINCIPAL AND AGENT, § 181*—*when agent contracting as principal, personally liable.* In an action for printing of booklets and envelopes for the use of a third party, finding of trial court that defendant was liable on account of having ordered and supervised the printing work done, *held* sustained by the evidence.

---

## James W. Storms, Defendant in Error, v. Edward R. Murphy, Plaintiff in Error.

### Gen. No. 18,653.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN D. TURN-BAUGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 4, 1913.

### Statement of the Case.

Action by James W. Storms against Edward R. Murphy to recover for loss of personal property belonging to plaintiff while a guest at defendant's hotel. From a judgment in favor of plaintiff for one hundred and ninety dollars, defendant brings error.

E. L. SHANER, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 26*—*when trial court's certificate not a statement of facts.* A certificate by the trial judge to the effect that the evidence shown therein is a correct statement of the facts appearing on the trial of the cause and all questions of law involved in the cause and the decision of the court upon all such questions, *held* not a statement of facts in compliance with the Municipal Court Act.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.